UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GREGORY P. STODGHILL, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:20-cv-00080-RLY-MPB |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner.

The motion for relief pursuant to 28 U.S.C. § 2255 is denied and the action is dismissed with prejudice.

Date:  4/08/2020

Laura Briggs, Clerk of Court

By: _[signature: Dina M. Dagle]_

Deputy Clerk

_[signature]_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana